JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY JOHN HUGHES, individually and as successor-in-interest for decedent JEFFREY HUGHES, and ANNIE RUTH HUGHES, individually and as successor-in-interest for decedent JEFFREY HUGHES,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>OLYMPUS AMERICA, INC., et al.<br>　　　　Defendants. | CASE NO. 2:19-CV-10702-RGK-SK<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

# [PROPOSED] ORDER

The Court has reviewed the Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiffs Jeffrey John Hughes, individually and as successor-in-interest for decedent Jeffrey Hughes, and Annie Ruth Hughes, individually and as successor-in-interest for decedent Jeffrey Hughes ("Plaintiffs"), and Defendants Olympus America, Inc. and Olympus Corporation of the Americas ("Defendants") (collectively, the "Parties").

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's Complaint in the above-referenced action shall be and hereby is dismissed with prejudice, with the Court retaining jurisdiction to enforce the terms of the Parties' settlement, if necessary.

**IT IS SO ORDERED.**

DATE: April 22, 2020

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

                */s/ Kamran B. Ahmadian*
                Kamran B. Ahmadian